UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR 9 - 2001

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| GENERAL ELECTRIC COMPANY,            ) | |
| Plaintiff,            ) | |
| v.            ) | Civil Action No. 00-2855 (RWR) |
| CHRISTINE TODD WHITMAN,            ) | |
| Administrator, Environmental Protection Agency,            ) | |
| Defendant.            ) | |

ORDER

Upon consideration of the unopposed motion filed by Natural Resources Defense Council, Hudson River Sloop Clearwater, New York Rivers United, Riverkeeper and Scenic Hudson for leave to participate as amici curiae, it is hereby

ORDERED that the motion be, and hereby is, GRANTED.

SIGNED this 9th day of April, 2001.

_____
RICHARD W. ROBERTS
United States District Judge

9

WHEREFORE, Natural Resources Defense Council, Hudson River Sloop Clearwater, New York Rivers United, Riverkeeper and Scenic Hudson respectfully request that the Court grant them leave to participate in this action as *amici curiae* and leave to file the enclosed Proposed Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss or in the Alternative for Summary Judgment Submitted by *Amici Curiae*.

Respectfully submitted,

Lisa Heinzerling (Bar No. 453464)
Georgetown University Law Center
600 New Jersey Ave. N.W.
Washington, DC 20001
(202) 662-9115

Of Counsel:

Sarah Chasis
Katherine Kennedy
Natural Resources Defense Council
40 W. 20th Street
New York, N.Y. 10011
(212) 727-4463

Dated: April 2, 2001

2