UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GENERAL ELECTRIC COMPANY**<br><br>    **Plaintiff,**<br><br>       v.<br><br>**STEPHEN L. JOHNSON, Acting Administrator, United States Environmental Protection Agency, and the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**<br><br>    **Defendant.** | Civil Action No.  00-2855 (JDB) |

## ORDER

Upon consideration of defendant's motion for summary judgment and the entire record herein, and for the reasons stated in the memorandum opinion issued on this date, it is  this <u>30th</u> day of March, 2005, hereby

    **ORDERED** that defendant's motion for summary judgment is **GRANTED** in part; it is further

    **ORDERED** that plaintiff may proceed with its pattern and practice claim against defendant; it is further

    **ORDERED** that the stay of discovery is lifted; it is further

    **ORDERED** that the parties shall meet and confer regarding plaintiff's November 19, 2004 discovery proposal, and the parties shall submit a joint, or if necessary separate, discovery proposal and schedule by not later than April 21, 2005; and it is further

**ORDERED** that a discovery/scheduling conference is set for April 27, 2005 at 9:00 a.m.


        /s/ John D. Bates
        JOHN D. BATES
        United States District Judge

Copies to:

Carter G. Phillips
Thomas G Echikson
Sidley Austin Brown & Wood
1501 K Street, NW
Washington, D.C. 20005
(202) 736-8270
Fax : 202-736-8711
Email: cphillips@sidley.com
Email: techikson@sidley.com

Laurence H. Tribe
HARVARD LAW SCHOOL
Hauser Hall 420
1575 Massachusetts Avenue
Cambridge, MA 02138
(617) 495-4621
    *Counsels for plaintiff*
Angeline Purdy
U.S. DEPARTMENT OF JUSTICE
ENVIRONMENTAL DEFENSE SECTION
601 D Street, NW
Suite 8000
Washington, DC 20004
(202) 514-0996
Fax : (202) 514-8865
Email: angeline.purdy@usdoj.gov
    *Counsel for defendants*

Lisa Emily Heinzerling
Georgetown University Law Center

600 New Jersey, NW
Washington, D.C. 20001-2022
(202) 662-9115
Fax : 202-662-9680
> *Counsel for movant NATURAL RESOURCES DEFENSE COUNCIL, INC., HUDSON RIVER SLOOP CLEARWATER, NEW YORK RIVERS UNITED, RIVERKEEPER AND SCENIC HUDSON*

Raymond B. Ludwiszewski
Gibson, Dunn & Crutcher, L.L.P.
1050 Connecticut Avenue, NW
Washington, D.C. 20036-5306
(202) 955-8665
Fax : 202-467-0539
> *Counsel for amicus CHAMBER OF COMMERCE OF THE UNITED STATES*

Robert J. Kafin
Proskauer Rose, L.L.P.
1233 20th Street, NW
Washington, D.C. 20036
(202) 778-1100
Fax : 212-969-2900
> *Counsel for amicus WASHINGTON COUNTY CEASE, INC.*

Michael W. Steinberg
MORGAN, LEWIS & BOCKIUS, L.L.P.
1111 Pennsylvania Avenue, NW
6th Floor
Washington, DC 20004-2541
(202) 739-5141
Fax: (202) 739-3001
Email: msteinberg@morganlewis.com
> *Counsel for amicus AMERICAN CHEMISTRY COUNSEL*